**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
FEDERICO GARCIA GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           PLAINTIFF, | Case No.: 13-CR-00233 AWI-BAM<br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE ORDER** |
| FEDERICO GARCIA GARCIA | DATE: June 24, 2013<br>Time: 1:00 p.m.<br>Courtroom 8 |
|                              DEFENDANT. | HONORABLE BARBARA A. McAULIFFE |

   Defendant, FEDERICO GARCIA GARCIA, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, June 24, 2013 at 1:00 p.m. in Courtroom Eight  of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

 Date: June 20, 2013                                      /S/FEDERICO GARCIA GARCIA
                                                          FEDERICO GARCIA GARCIA

# ORDER

Good cause appearing.

IT IS HEREBY ORDERED that defendant FEDERICO GARCIA GARCIA is hereby excused from appearing at this court hearing scheduled for June 24, 2013 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   June 20, 2013             /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE