1  **DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
2  1318 K. Street
Bakersfield, CA 93301
3  Tel: (6610326-0857
Fax: (661)326-0936
4  Email: lawtorres@aol.com

5  Attorney for:
FEDERICO GARCIA GARCIA
6

7               **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE EASTERN DISTRICT of CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          ) Case No.: Case No.13-cr-0233AWI-BAM
                                       )
11            Plaintiff,               )
                                       )  **DEFENDANTS REQUEST AND WAIVER**
12        vs.                          )  **OF APPEARANCE;  ORDER**
                                       )
13  FEDERICO GARCIA GARCIA,            )
                                       )
14            Defendant               )

15  Defendant, FEDERICO GARCIA GARCIA, hereby waives his appearance in person in open

16  court upon the Status Conference hearing set for Monday, September 23, 2013 in Courtroom 8 of

17  the above entitled court.  Defendant hereby requests the court to proceed in his absence and

18  agrees that his interest will be deemed represented at said hearing by the presence of his attorney,

19  DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future

20  hearing dates set by the court including the dates for jury trial.

21

22  Date: 9/20/13                              */s/Federico Garcia Garcia*
                                              FEDERICO GARCIA GARCIA
23

24

25

1

2                                         **ORDER**

3          **DENIED** as untimely.

4

IT IS SO ORDERED.

5

6    Dated:    **September 23, 2013**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25