**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
FEDERICO GARCIA GARCIA

FILED

FEB 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, | Case No.: 13-CR-00233 AWI-BAM |
|---|---|
| | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| FEDERICO GARCIA GARCIA, , | DATE: February 10, 2014<br>Time: 1:00 p.m.<br>Courtroom 8 |
| DEFENDANT. | HONORABLE BARBARA A. McAULIFFE |

Defendant, FEDERICO GARCIA GARCIA, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, February 10, 2014 at 1:00 p.m. in Courtroom Eight of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: February 11, 2014

_____
FEDERICO GARCIA GARCIA

## ORDER

Good cause appearing.

IT IS HEREBY ORDERED that defendant FEDERICO GARCIA GARCIA is hereby excused from appearing at this court hearing scheduled for February 10, 2014 at 1:00 p.m.

IT IS SO ORDERED, nunc pro tunc
DATED: 2/12/14

Barbara A. McAuliffe
United States Magistrate Judge