**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
FEDERICO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00233-AWI-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING HEARING** |
| FEDERICO GARCIA, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, FEDERICO GARCIA, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday,

November 24, 2014 be continued to Tuesday, January 20, 2015.

   My intentions are to file a statement in mitigation as well as try to increase the amount of

restitution the defendant has to pay towards the assessed debt.  I have spoken to AUSA Kirk

Sherriff, and he has no objection to continuing the sentencing hearing.

   The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

- 1

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED: 11/21/14                        */s/ David A Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          FEDERICO GARCIA

DATED: 11/21/2014                    */s/Kirk E. Sherriff*
                                          KIRK E. SHERRIFF
                                          Assistant U.S. Attorney

## **ORDER**

The sentencing hearing currently set for Monday, November 24, 2014, is continued to Tuesday, January 20, 2015, at 10:00 a.m. in Courtroom 2 before Senior United States District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   November 21, 2014

                                          SENIOR  DISTRICT  JUDGE