**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
FEDERICO GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERICO GARCIA,<br><br>　　　　Defendant | ) Case No.: 1:13-CR-00233 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **ALLOW DEFENDANT TO TRAVEL**<br>) **OUT OF THE COUNTRY**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND KIRK E. SHERRIFF, ASSISTANT UNITED STATES

ATTORNEY:

　　　**COMES NOW** Defendant, FEDERICO GARCIA, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the defendant, Federico Garcia, be allowed to travel

out of the country from December 3, 2014 to December 8, 2014 to attend his fathers' funeral

services. Mr. Garcia notified our office on November 25, 2014 his fathers' passing. Mr. Garcias'

fathers' body will be flown from Los Angeles International Airport to Guanajuato, Mexico on

December 3, 2014.

　　　Mr. Garcia was released to a third party custodian on a $50,000 unsecured bound with

pretrial conditions. Mr. Garcia has been in compliance with all the terms of his supervised

- 1

release.  He is scheduled for sentencing on January 20, 2015.  Counsel is also requesting that Mr. Garcias' passport (#496201602), which is in the custody of the court, be released to him so that he may travel out of the country. Mr. Garcia will return said passport to the court upon his return.

I have spoken to AUSA Kirk Sheriff through Kevin Rooney and he has no objection to allowing the defendant to attend his father's burial in Guanajuato, Mexico.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  11/26/14                                              */s/ David A Torres*
                                                                              DAVID A. TORRES
                                                                              Attorney for Defendant
                                                                              FEDERICO GARCIA

DATED: 11/26/14                                               */s/ Kevin Rooney*
                                                                              KEVIN ROONEY for
                                                                              KIRK SHERRIFF
                                                                              Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant's passport (#496201602) be release to FEDERICO GARCIA and he be allowed to travel to Guanajuato, Mexico from December 3, 2014 to December 8, 2014.

<u>IT IS FURTHER ORDERED that upon Defendant's return to the United States on or before December 8, 2014 he shall immediately surrender his passport to the custody of the court.</u>

IT IS SO ORDERED.

Dated:   November 26, 2014                    _____
                                                                          SENIOR  DISTRICT  JUDGE

- 2 -