UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii  **RE:** **Federico Garcia Garcia**
Senior United States District Judge       **Docket Number: 0972 1:13CR00233-001**
Fresno, California        **PERMISSION TO TRAVEL**
       **OUTSIDE THE COUNTRY**

Your Honor:

Federico Garcia Garcia is requesting permission to travel to Guanajuato, Mexico. Federico Garcia Garcia is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for the offense(s) of Making or Presenting False, Fictitious, or Fraudulent Claims Against the United States, 18 United States Code Section 287.

**Sentence Imposed:** 24 months custody Bureau of Prison; 36 months Supervised Release; Mandatory Drug testing; DNA Collection; $100 Special Assessment (paid in full); Restitution $79,932 (paid in full).

**Dates and Mode of Travel:** Traveling to Guanajuato, Mexico, from July 10, through July 20, 2017. He will be driving a 2017 Lincoln Navigator, with tag number 31976E2.

**Purpose:** Family Visit

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Federico Garcia Garcia
       Docket Number:  0972 1:13CR00233-001
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

<u>s/Jose Figueroa</u>

Jose Figueroa
United States Probation Officer

Dated:    June 12, 2017
          Bakersfield, California

|  | /s/ Lonnie E. Stockton |
|---|---|
| **REVIEWED BY:** | **Lonnie E. Stockton**<br>**Supervising United States Probation Officer** |

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:  June 12, 2017                    _____
                                          SENIOR DISTRICT JUDGE