UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE: **Federico Garcia Garcia**<br>    **Docket Number:  0972 1:13CR00233-001**<br>    **PERMISSION TO TRAVEL**<br>    **OUTSIDE THE COUNTRY** |

Your Honor:

Federico Garcia Garcia is requesting permission to travel to Guanajuato, Mexico.  Federico Garcia Garcia is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 20, 2015, Federico Garcia Garcia was sentenced for the offense(s) of Making or Presenting False, Fictitious, or Fraudulent Claims Against the United States, 18 United States Code Section 287.

**Sentence Imposed:**  24 months custody Bureau of Prison; 36 months Supervised Release; Mandatory Drug testing; DNA Collection; $100 Special Assessment (paid in full); Restitution $79,932 (paid in full).

**Dates and Mode of Travel:**  Traveling to Guanajuato, Mexico, from July 10, through July 30, 2017.  He will be driving a 2017 Lincoln Navigator, with tag number 31976E2.

**Purpose:**  Family Visit

1

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:  Federico Garcia Garcia
Docket Number:  0972 1:13CR00233-001
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

s/Jose Figueroa

Jose Figueroa
United States Probation Officer

Dated: June 16, 2017
Bakersfield, California

**REVIEWED BY:**   /s/ Lonnie E. Stockton

**Lonnie E. Stockton
Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:  June 16, 2017

SENIOR DISTRICT JUDGE