UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii | RE: **Federico Garcia Garcia** |
| Senior United States District Judge | Docket Number: 0972 1:13CR00233-001 |
| Fresno, California | **PERMISSION TO TRAVEL** |
| | **OUTSIDE THE COUNTRY** |

Your Honor:

Federico Garcia Garcia is requesting permission to travel to Tijuana, Mexico. Federico Garcia Garcia is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for violation of Title 18, United States Code, Section 287 - Making or Presenting False, Fictitious, or Fraudulent Claims Against the United States.

**Sentence Imposed:** 24 Months Custody Bureau of Prison; 36 Months Supervised Release; Mandatory Drug Testing; DNA Collection; $100 Special Assessment (paid in full); Restitution $79,932 (paid in full).

**Dates and Mode of Travel:** Traveling to Tijuana, Mexico, from October 3, through October 5, 2017. He will be driving his personal vehicle: 2017, Toyota Tacoma, plate number 37976E2.

**Purpose:** Mr. Garcia stated the purpose of travel is to register his new vehicle with Mexican Customs.

**RE:   Federico Garcia Garcia
       Docket Number:  0972 1:13CR00233-001
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Jose Figueroa
Jose Figueroa
United States Probation Officer

Dated:   September 25, 2017
         Bakersfield, California


**REVIEWED BY:**          /s/ Lonnie E. Stockton
                          **Lonnie E. Stockton
                          Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   September 25, 2017                   _____
                                              SENIOR  DISTRICT  JUDGE

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX