# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Anthony W. Ishii  **RE:** **Federico Garcia Garcia**
Senior United States District Judge     **Docket Number: 0972 1:13CR00233-001**
Fresno, California     **PERMISSION TO TRAVEL**
     **OUTSIDE THE COUNTRY**

Your Honor:

Federico Garcia Garcia is requesting permission to travel to Tijuana, Mexico. Federico Garcia Garcia is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for violation of Title 18, United States Code, Section 287 - Making or Presenting a False, Fictitious, or Fraudulent Claim Against the United States.

**Sentence Imposed:** 24 months custody Bureau of Prison; 36 months Supervised Release; Mandatory Drug testing; DNA Collection; $100 Special Assessment (paid in full); Restitution $79,932 (paid in full).

**Dates and Mode of Travel:** Traveling to 5 de Mayo Street #10, Tijuana, Mexico, from October 19, through October 29, 2017. He will be flying via Volaris Airlines.

**Purpose:** Mr. Garcia stated the purpose of travel is to attend the funeral of his mother.

**RE:   Federico Garcia Garcia
        Docket Number:  0972 1:13CR00233-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Jose Figueroa
Jose Figueroa
United States Probation Officer

Dated:   October 10, 2017
         Bakersfield, California

**REVIEWED BY:**   /s/ Lonnie E. Stockton

**Lonnie E. Stockton
Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:   October 10, 2017                        _____
                                                 SENIOR DISTRICT JUDGE