**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Federico Garcia Garcia**<br>**Docket Number:  0972 1:13CR00233-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Federico Garcia Garcia is requesting permission to travel to El Tigre, Guanajuato, Mexico. Federico Garcia Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 20, 2015, Federico Garcia Garcia was sentenced for the offense of 18 USC 287, Making or Presenting a False, Fictitious, or Fraudulent Claim against the United States (Class D Felony).

**Sentence Imposed:**  24 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $79,932 Restitution (Paid).  Special conditions include: Warrantless Search; No Dissipation of Assets; Financial Disclosure; Financial Restrictions; Drug/Alcohol Testing; No Alcohol; Aftercare Co-payment; Cooperate with IRS

**Dates and Mode of Travel:**  Traveling from December 11, 2017, through January 7, 2018. Travel reservations will be made upon Court approval.

**Purpose:**  To sign inheritance documents.

**RE:** **Federico Garcia Garcia**
**Docket Number: 0972 1:13CR00233-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: December 5, 2017
Fresno, California
TDM/rmv

**REVIEWED BY:**     **/s/ Brian J. Bedrosian**
    **Brian J. Bedrosian**
    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated: December 8, 2017      _____
                                    SENIOR DISTRICT JUDGE