**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Federico Garcia Garcia**<br>**Docket Number: 0972 1:13CR00233-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Federico Garcia Garcia is requesting permission to travel to El Tigre, Guanajuato, Mexico. Federico Garcia Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for the offense of 18 USC 287, Making or Presenting a False, Fictitious, or Fraudulent Claim Against the United States (Class D Felony).

**Sentence Imposed:** 24 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $79,932 Restitution (Paid). Special conditions include: Warrantless Search; No Dissipation of Assets; Financial Disclosure; Financial Restrictions; Drug/Alcohol Testing; No Alcohol; Aftercare Co-payment; Cooperate with IRS

**Dates and Mode of Travel:** Traveling from June 3, 2018, through July 3, 2018, in his personal vehicle. He will be lodging at a sister's house.

**Purpose:** To visit family.

**RE: Federico Garcia
Docket Number: 0972 1:13CR00233-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated: May 8, 2018
Fresno, California
AG/dp

**REVIEWED BY:**     /s/ Tim D. Mechem
**Tim D. Mechem
United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated: May 11, 2018                              
SENIOR DISTRICT JUDGE