UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California | RE: **Federico Garcia Garcia**<br>    **Docket Number: 0972 1:13CR00233-001**<br>    **PERMISSION TO TRAVEL**<br>    **OUTSIDE THE COUNTRY** |

Your Honor:

Federico Garcia Garcia is requesting permission to travel to Tijuana, Baja California, Mexico. Federico Garcia Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for the offense of 18 USC 287, Making or Presenting a False, Fictitious, or Fraudulent Claim Against the United States (Class D Felony).

**Sentence Imposed:** 24 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $79,932 Restitution (Paid). Special conditions include: Warrantless Search; No Dissipation of Assets; Financial Disclosure; Financial Restrictions; Drug/Alcohol Testing; No Alcohol; Aftercare Co-payment; Cooperate with IRS

**Dates and Mode of Travel:** Traveling from September 11, 2018, through September 18, 2018, in his personal vehicle. He will be lodging at his son's house.

**Purpose:** To visit his son.

1

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Federico Garcia
	Docket Number:  0972 1:13CR00233-001
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*signature*

Adrian Garcia
United States Probation Officer

Dated:	August 30, 2018
	Fresno, California
	AG/dp

**REVIEWED BY:**	*Tim D. Mechem*
	**Tim D. Mechem
	United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:  September 4, 2018	_____
	SENIOR  DISTRICT  JUDGE