UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  **RE:** Federico Garcia Garcia
United States District Judge  Docket Number: 0972 1:13CR00233-001
Fresno, California  <u>**PERMISSION TO TRAVEL**</u>
<u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Federico Garcia Garcia is requesting permission to travel to El Tigre, Guanajuato, Mexico. Federico Garcia Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 20, 2015, Federico Garcia Garcia was sentenced for the offense of 18 USC 287, Making or Presenting a False, Fictitious, or Fraudulent Claim Against the United States (Class D Felony).

**Sentence Imposed:** 24 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $79,932 Restitution (Paid). Special conditions include: Warrantless Search; No Dissipation of Assets; Financial Disclosure; Financial Restrictions; Drug/Alcohol Testing; No Alcohol; Aftercare Co-payment; Cooperate with IRS

**Dates and Mode of Travel:** Traveling from December 12, 2018, through January 12, 2018, in his personal vehicle. He will be lodging at his daughter's house.

**Purpose:** To visit family.

1

**RE: Federico Garcia
Docket Number: 0972 1:13CR00233-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

                                    Respectfully submitted,

                                        Adrian Garcia
                              United States Probation Officer

Dated:    November 8, 2018
             Fresno, California
             AG/dp

**REVIEWED BY:**      *Tim D. Mechem*
                                **Tim D. Mechem
                                United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

      ☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:  November 20, 2018                        _____
                                                          SENIOR DISTRICT JUDGE